## Commonwealth *v.* Groves, Appellant.

Submitted November 9, 1970. *Simon B. John,* Assistant Public Defender, for appellant; *Conrad B. Capuzzi,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hall, Appellant.

Argued November 11, 1970. *Michael J. Wherry,* Assistant Public Defender, with him *Warren R. Keck, III,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affairmed.

## Commonwealth *v.* Hare, Appellant.

Submitted November 9, 1970. *John P. Liekar,* Public Defender, for appellant; *Herman J. Bigi,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.